**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| TIKK-A-WOK, INC. d/b/a Desi Wok )<br> )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>TRAVELERS CASUALTY COMPANY )<br>OF AMERICA )<br> )<br>   Defendant. ) | Case No.: 18-CV-570-JED-FHM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for all parties, pursuant to Fed.R.Civ.P. 41, and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, with each party to bear its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully submitted,

 s/Jeremy Ward
Alexandria Mayfield
Jeremy K. Ward
Franden, Farris, Quillin,
Goodnight, Roberts
William Center Tower II
Two W. 2nd St, Ste. 74103
*Attorneys for Plaintiff*

AND

    */s/ Darrell W. Downs*
R. STRATTON TAYLOR, OBA #10142
Staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
Ddowns@soonerlaw.com
JACOB R. DANIEL, OBA # 32760
jdaniel@soonerlaw.com
P.O. Box 309
Claremore, Oklahoma 74018
Telephone:     918/343-4100
***Attorneys for Defendant***